Okay, which case am I handling first? This is the involuntary. The involuntary. It's the dismissal of the involuntary bankruptcy petition against Mr. Musonge, the summary judgment by Judge Novak. Okay. I come to court today not to necessarily use the time to make an argument, but in my other case that you're going to be hearing from page 8 onwards, you'll see my entire argument and the evidence is laid down there. That would be my, I would like to replace that statement in order to save time as my argument. The case that we are talking about shouldn't have been at all. Musonge sold me the house. He refused to leave the house. I never got the possession of the known to me, as time progressed, as predatory lenders and buyers. And when you look at page 8 through 10 or so, you see where the evidence, the evidence clearly shows that all that I have And so I would like to just, since you said in the beginning that the judges and the panel have read all that and you understand the issues, I don't think I should rehash anything or argue anything other than to allow the court to ask me questions that I might answer that will add to my informal presentation. Does anybody have any questions? I don't. I don't. Alright, so Mr. Zubayo, so if we reverse this and the bankruptcy of Musonge comes back into effect, what does that do for you? Oh, then I will have the opportunity to be able to clean up my mess. I have a lot of mess now. Before the bankruptcy, I had good credit. When we closed this thing, I made eight payments while these people were taking me to court and destroying me. So what would it do for me? It would allow me to perhaps get proper way of presenting to the court all the evil that has been done to me or the violation of law that I have sustained so that everything could be corrected. It would never make me whole, but at least I can try to clean up my life financially. And my wife's condition, we are retired now and I'm still struggling to do business and all that. All these things wouldn't have taken place, but if I'm fortunate and it gets reversed, I will work very hard to try to clean up my act so that I can at least get back on track the way I was before. That is what it would do for me. Alright. Thank you. Yes, Your Honor. It looks like we don't have any more questions for you on this matter. Did you want to move on to the other matter? Yes, Your Honor. Alright, so we'll consider this one submitted and then we'll call the next matter. Finray Ceballo. Mr. Ceballo, appellant appearing close say. Again, no. Aptly appearing. Alright, and so this is the appeal in raising your bankruptcy case from the order dismissing your complaint with prejudice and setting aside the default. Okay. On the state, on the violation of the state. On the state violation. Okay. Regarding this, I had earlier filed what is called adversary proceeding to try to allege the violation of the bankruptcy state. And again, if you look at the evidence that I pointed to in the other brief of the Mosonge case, I pointed the same thing here too, I believe, that this case shouldn't have even, I shouldn't have ever even filed bankruptcy. I had to file three different bankruptcies before I got to this stage because of some familiarity with the law. And then I filed the adversary proceeding. It took about six months or so. They ignored it. I served them. Everything was done correctly. And if you look at the judge's ruling in terms of where I am now in the bankruptcy court, the only real reason that the law used to dismiss my case or allow them whatever they have now is the fact that my roommate, long-time roommate and friend by the name of Christopher Williaming, who has been signing all my, what do you call it, process. He has been helping me voluntarily serving the process. They claim that because he had a P.O. Box on his driver's license that he doesn't live at the address where he's been living for almost 20 years now. And so that he thought that the judge thought that on that basis he doesn't think that everything was done in good faith. And reversed all the gains. And I've already filed, what do you call it, a motion to get the judgment. I already have default because they never responded. And the case shouldn't have even been based on the evidence that I've presented that it is totally legal lynching, legal bullying, whatever it is. I even got lawyers, but the lawyers I got didn't really care about me because I don't have a lot of money. So they just abandoned me. And that's when I started taking on and doing the So that shouldn't have been based on the evidence that we have. Everything else that came after I filed the bankruptcy and all the things that happened shouldn't have been. And I presented it to the bankruptcy judge. But I don't know whether they didn't quite understand what I presented. But the only evidence I saw in the ruling, in the judgment of the judge, is that the case was not properly served or something like that. I cannot understand that. And so I truly, truly plead that you look into all this. And I know you've already told me you've looked into all that and you understand all the issue. I can only pray and hope that my point of view and my issues raised and the evidence that is available shows that I did nothing wrong. I bought a property. I paid mortgage on it for about eight months. And while they've already sued me, they just want to take the property. I didn't know that that is what the sisters wanted to do. So it became very evident that they are predatory lenders, predatory sellers, predatory buyers. I didn't know that, but it has become very clear now. And the person I bought the property from, they joined with him. And now they were, the lawyer, called Mr. Lane, became his lawyer, representing him in the Oakland court. I mean, it's just a mess. They were trying to evict him and they supported him and did all kinds of things. Now, I had to file the seven in order to be able to collect money from someone because everybody is violating me. So in this case, to just conclude, this shouldn't have been at all. The evidence are so clear and glaring. Six months after they've defaulted, that is the time that they came to court. They ignored everything. So I hope the panel of judges will see all the points and rule in my favor. All right. Thank you. All right. Any questions? Judge Spraker again? No, thank you. I don't have any questions. Thanks. All right. Anything else you want to add, Mr. Zabiah? Well, the only thing I will ask, based on all my studying and struggling, not because I want to represent myself, because law is a very complex thing. I've studied a lot. I've seen a lot. But I think I also understand that above and beyond what the law says, the court has what is called discretionary power to really help bring about court might have made. And all the manipulation and bullying and lynching is really tell on me. I even went to the hospital, almost died because of some kind of blockage in my arteries. And I'm still taking medication right now to control all that after about a year now. And I'm just lucky to even be alive. I've been just destroyed. So I'm appealing to both what the law says and the consideration of the judges to help me use your discretion. Put yourself in my shoes. You know the law. And I think if that happens, I'm likely to get some kind of justice on this. This would be very, very helpful to me. That's just an appeal to the court's power and discretion. I cannot tell the court what to do. But I know that the court have power to really, really look deep into it. I don't have lawyers to help me. Not because I don't want it, but it's just difficult. And I want to remind the court one more time, I've got lawyers. By struggling, and I paid them, and they vanished. So that's what brought me to this. I just want to appeal to the human condition that that's what I believe in the law. But it takes human beings to make the law works at times. And only judges can do these kind of things. So I am appealing to you. And I'm glad that you consolidated this case. Perhaps it will be even clearer. But I think I've made the best case that I can make. And I'm just appealing to the court to just help me. Not to do anything to favor me, but to help me get to justice. So that is my last statement. And I hope the court will consider it. All right. We will. Thank you very much, Mr. Ceballo. Your matters are both submitted. Thank you.
judges: Brand, Spraker, Gan